# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Mary Young, | ) | |
|     Plaintiff, | ) | |
|   v. | ) | No. |
| Klean Motorsports, | ) | JURY DEMANDED |
| an Illinois LLC, | ) | Judge |
|     Defendant. | ) | Magistrate Judge |

## COMPLAINT

**NOW COMES** Plaintiff, Mary Young, by and through her attorneys, and, as and for her Complaint states as follows:

### PRELIMINARY STATEMENT

This is an action for damages, penalties, and for declaratory and injunctive relief brought pursuant to the Odometer Act, 49 U.S.C. 32701 et seq., and pendent state claims, such as the Illinois Consumer Fraud Act.

### JURISDICTION AND VENUE

Jurisdiction arises under the Odometer Act, a federal act.

### I. BACKGROUND

**A. The Parties**

1. Plaintiff Mary Young is a natural person residing in Wisconsin.

2. Defendant Klean Motorsports is an Illinois LLC, with its principal place of business in Skokie, Illinois. Its agent for service of process is Shehrbano Aamir, at 5050 Dempster Street, Skokie, Illinois, 60077.

B. **The Facts**

3. On September 26, 2022, Plaintiff bought a used car from Klean Motorsports. **Exhibit A**, bill of sale.

4. As part of the sale in September of 2022, Defendant disclosed actual mileage of 128,569. **Exhibit B**, odometer disclosure statement.

5. In 2021, the car had the mileage of 142,550. **Exhibit C**, the car's title, listing the mileage.

6. In the subsequent assignments on the same certificate of title, the mileage went down to 129,519, and was honestly disclosed as "not the actual mileage." **Exhibit D**, back of the title.

7. However, in the next assignment, transferring the car to Plaintiff, the 129,569 was not disclosed as not actual. **Exhibit D**.

8. On information and belief, at the time of the sale to Plaintiff, Defendant had possession of the title.

9. However, Defendant did not submit the title to Plaintiff for her signature on the date of the sale.

10. Instead, Defendant signed the title as Plaintiff's agent. **Exhibit D**.

11. Upon signing the title, Defendant mailed the title to Plaintiff.

12. Plaintiff did not see the title until some time after October 6, 2022. **Exhibit E**, FedEx envelope dated October 6, 2022.

13. The car came with an implied warranty of merchantability. **Exhibit F**, Buyers Guide, referencing "implied warranties."

14. However, at the same breadth, Defendant attempted to disclaim implied warranties by including an "as is" statement, which attempted to exclude everything under the sun, including the items mandated by Section 2L of the Consumer Fraud, and also "structural and frame damage." **Exhibit G**.

**Count I—Odometer Act**

15. Plaintiff re-alleges all the factual allegations above, and incorporate them herein by reference.

16. Defendant violated the Odometer Act in one or more of the following respects:

2

    a. It gave false statements to Plaintiff with respect to the car's mileage in violation of 49 U.S.C. §32705(a)(1)(A) and (2);

    b. It failed to disclose the car's true mileage to Plaintiff at the time of the transfer in violation of 49 U.S.C. §32705(a)(1)(A) and (2); and,

    c. By not disclosing the car's title and information contained therein to Plaintiff, and by failing to disclose the car's mileage on the title that was supposed to be tendered to Plaintiff for signature (but was not), Defendant, with intent to defraud, violated the disclosure requirements of 49 U.S.C. §32705(a)(1), and regulations promulgated thereunder, 49 C.F.R. §580.5(c), (f) and (h). See Ioffe v. Skokie Motors Sales, Inc., 414 F.3d 708 (7th Cir. 2005).

**WHEREFORE**, Plaintiff requests that the Court:

A. Award her the damages to which she is entitled;

B. Award her expenses of litigation and costs;

C. Award her attorneys their fees; and

D. Grant Plaintiff other relief the Court deems appropriate and just.

**Count II—Illinois Consumer Fraud Act**

17. Plaintiff re-alleges all the factual allegations contained in paragraphs 1-14 of this Complaint, and incorporate them herein by reference.

### Allegations Common to All Violations

18. Defendant, by its agents/employees, violated the Illinois Consumer Fraud Act (815 ILCS 505/1 et seq.), i.e.:

    a. in the course of trade or commerce (i.e., advertising, offering for sale, sale, or distribution of any services and any property, tangible or intangible, real, personal or mixed, and any other article, commodity, or thing of value wherever situated),

    b. engaged in unfair or deceptive acts or practices, or concealed, suppressed and omitted material facts, of which Defendant knew at the time of concealment, suppression, or omission,

    c. which resulted in public injury because of violation of statutes with public interest impact and because of potential for repetition,

    d. with intent that Plaintiff, who is a consumer, rely on its acts, or with intent that Plaintiff rely on its concealment, suppression and omission of material facts. Had

3

Plaintiff known of the unfair or deceptive acts or practices, or of the concealment, suppression and omission, Plaintiff would not have bought the car, because all of the following misrepresentations, concealments, suppressions, and omissions were material to Plaintiff.

19. All of the acts or practices described below, in addition to being deceptive, are unfair, in that they:

    a. offend Illinois' public policy of encouraging honest commerce;

    b. are immoral, unethical and unscrupulous; or,

    c. substantially injure consumers, who are typically less sophisticated in complex transaction than van dealers, and thus are unable to defend themselves from sharp business practices.

20. Defendant, in some instances knowingly, violated the Act in the following ways: it failed to make the disclosures required by Section 2L "conspicuously."

21. Section 2L imposes a statutory implied warranty of merchantability, prohibits its disclaimer, and mandates certain disclosures in sales of used cars sold after July 1, 2017. These disclosures must be "conspicuous." 815 ILCS 505/2L(h). If the implied warranty is disclaimed and if the disclosures are not made, or made improperly, the transaction becomes "voidable at the option of the consumer." 815 ILCS 505/2L(h).

22. This transaction took place after July 1, 2017.

23. In violation of Section 2L, Defendant attempted to disclaim the statutory warranty, in violation of public policy attempted to avoid all obligations implied by Section 2L, and did not make the disclosures "conspicuously." This made the transaction "voidable at the option of the consumer."

24. According to Defendant itself, the car subject to this law suit was driven less than 150,000 miles. 815 ILCS 505/2L(b)(1).

25. The car subject to this law suit does not have a rebuilt or salvage title. 815 ILCS 505/2L(b)(2).

26. The car subject to this law suit does not have a gross vehicle weight rating of 8,000 pounds or more. 815 ILCS 505/2L(b)(3).

27. Plaintiff bought the car subject to this law suit for personal use, and the car is not an antique or collector vehicle, as defined by the Vehicle Code. 815 ILCS 505/2L(b)(4).

28. Because of Defendants' violations enumerated above, under subsection (h) Plaintiff is entitled to void this transaction. 815 ILCS 505/2L(h).

29. Accordingly, Plaintiff hereby exercises her rights under Section 2L and voids the transaction.

### Requested Relief

**WHEREFORE**, Plaintiff requests that the Court:

A. Confirm Plaintiff's voiding the transaction, and order Defendant to return all of Plaintiff's money in exchange for taking the car back;

B. Award her other damages to which he entitled;

C. Award her expenses of litigation and costs;

D. Award her attorneys their fees; and,

E. Grant Plaintiff other relief the Court deems appropriate and just.


MARY YOUNG


s/ Dmitry Feofanov
CHICAGOLEMONLAW.COM, P.C.
404 Fourth Avenue West
Lyndon, Illinois  61261
Telephone:  815/986-7303

5

# BILL OF SALE

DATE: 9/26/2022    Stock #: 11025

**KLEAN MOTORSPORTS LLC**
**5050 DEMPSTER ST**
**SKOKIE, IL 60077**
**847-282-0181**

**BUYER INFORMATION:**
MARY A YOUNG
6124 246TH AVE
SALEM, WI 53168
HOME:    WORK:    COUNTY: KENOSHA    CELL:
D.L.#/STATE: WI    EXP. DATE:    D.O.B.:    SALESPERSON:

**VEHICLE INFORMATION:**
| | | |
|---|---|---|
| YEAR: 2011 | BODY: 4DR | |
| MAKE: BUICK | COLOR 1: | |
| MODEL: ENCLAVE | COLOR 2: | |
| VIN: 5GAKVBED3BJ300549 | CYL: 6 | |
| MILEAGE: 128569 | TRANS: AUTO | |
| STOCK: 11025 | STYLE: CXL | |

**TRADE-IN INFORMATION:**
YEAR:    BALANCE OWED: $0.00
MAKE:    ALLOWANCE: $0.00
MODEL:   GOOD THROUGH:
VIN:     BALANCE OWED TO:
COLOR:
MILEAGE:
BODY:

| | |
|---|---|
| VEHICLE PRICE | 6,995.00 |
| Documentary Fee**: | 324.24 |
| Sales Tax: | N/A |
| Title Fee: N/A Reg. Fee: N/A | 0.00 |
| Optional ERT Fee: | N/A |
| Payoff on Trade-in: | N/A |
| | |
| TOTAL DUE | 7,319.24 |
| TRADE-IN ALLOWANCE | N/A |
| DEPOSIT | N/A |
| DOWN PAYMENT | 7,319.24 |
| TOTAL CREDIT | 7,319.24 |
| ☒ Cash ☐ Finance    BALANCE DUE | 0.00 |

The following applies to used motor vehicles only, except to the extent they are not subject to an implied warranty of merchantability, as noted below*:

**Illinois law requires that this vehicle will be free of a defect in a power train component for 15 days or 500 miles after delivery, whichever is earlier, except with regard to particular defects disclosed on the first page of this agreement. "Power train component" means the engine block, head, all internal engine parts, oil pan and gaskets, water pump, intake manifold, transmission, and all internal transmission parts, torque converter, drive shaft, universal joints, rear axle and all rear axle internal parts, and rear wheel bearings. You (the consumer) will have to pay up to $100 for each of the first 2 repairs if the warranty is violated.**

**INSURANCE INFORMATION:**
COMPANY:    PHONE:
AGENT:      POLICY #:

**LIENHOLDER INFORMATION:**
COMPANY:
ADDRESS:
REMARKS:

If financed, please see your installment sales contract for information about finance charge, insurance, and terms of payment (other than cash).

** DOCUMENTARY FEE. A DOCUMENTARY FEE IS NOT AN OFFICIAL FEE. A DOCUMENTARY FEE IS NOT REQUIRED BY LAW, BUT MAY BE CHARGED TO BUYERS FOR HANDLING DOCUMENTS AND PERFORMING SERVICES RELATED TO CLOSING OF A SALE. THE BASE DOCUMENTARY FEE BEGINNING JANUARY 1, 2020, WAS $300. THE MAXIMUM AMOUNT THAT MAY BE CHARGED FOR A DOCUMENTARY FEE IS THE BASE DOCUMENTARY FEE OF $300, WHICH SHALL BE SUBJECT TO AN ANNUAL RATE ADJUSTMENT EQUAL TO THE PERCENTAGE OF CHANGE IN THE BUREAU OF LABOR STATISTICS CONSUMER PRICE INDEX. THIS NOTICE IS REQUIRED BY LAW.

**Attention consumer: sign here only if the seller has told you that this vehicle has the following problem or problems and you agree to buy the vehicle on those terms:**

1) _____
2) _____
3) _____

Signature(s)_____    Date_____

# NO PUBLIC LIABILITY INSURANCE ISSUED WITH THIS TRANSACTION.

Unless we make a written warranty, or enter into a service contract within 90 days from the date of this contract, to the extent not prohibited by applicable law, we make no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose. Notwithstanding anything to the contrary above, and subject to the exceptions referenced below*, our general disclaimer of warranties does not exclude, modify, or disclaim the implied warranty of merchantability or the remedies for breach of the implied warranty of merchantability before midnight of the 15th calendar day after delivery of a used motor vehicle or until a used motor vehicle is driven 500 miles after delivery, whichever is earlier. This provision does not affect any warranties covering the vehicle that the manufacturer may offer.

*The implied warranty of merchantability does not apply to: (1) antique or collector vehicles; (2) vehicles with more than 150,000 miles at the time of sale; (3) vehicles with titles that have been branded "rebuilt" or "flood"; (4) vehicles with a gross vehicle weight of more than 8,000 pounds; (5) vehicles for which we (the seller) offer an express warranty that provides coverage that is equal to or greater than the implied warranty of merchantability required by Illinois law; (6) any other vehicles for which the implied warranty of merchantability does not apply as set forth in 815 ILCS 505/2L or other Illinois law; or (7) any particular defects in the vehicle for which you waive the implied warranty of merchantability in accordance with Illinois law.

**CONTRACTUAL DISCLOSURE STATEMENT (USED VEHICLES ONLY)** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale. Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

Buyer hereby declares that they are of legal age to transact business and that no unfair inducement has been made by Seller. This agreement and the related documents that Buyer signs contemporaneously with this agreement, including any retail installment contract, contain the entire agreement between Buyer and Seller and cancels and supersedes any prior agreement including oral agreements relating to the sale of the motor vehicle.

X _____ 9/26/22    X *Mary L. Young* 9/26/22    X _____N/A_____
Accepted by Authorized Representative of Seller  Date    Buyer    Date    Co-Buyer    Date

FZ-IL-BOS rev. 03/22

©2022 Frazer Computing, LLC

Ex. A



# Secretary of State
## Odometer Disclosure Statement for Title Transfers

This space for use by Secretary of State

**Secretary of State**
**Vehicle Services Department**
**501 S. Second St., Rm. 055**
**Springfield, IL 62756**

www.cyberdriveillinois.com

Federal and state laws require that you state the mileage in a transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I, **KLEAN MOTORSPORTS LLC**, certify to the best of my knowledge that the odometer
Seller's name (type or print)

reading now reads **128569** (no tenths) miles and reflects the actual mileage of the vehicle described below, unless one of the following statements is checked:

☐ The mileage stated is in excess of its mechanical limits.
☐ The odometer reading is not the actual mileage. **Warning odometer discrepancy.**

Year **2011**   Make **BUICK**   Body Type **4DR**   Model **ENCLAVE**

Vehicle Identification Number **5GAKVBED3BJ300549**

Seller's Signature _____

Seller's Printed Name _____

Seller's Address **5050 DEMPSTER ST**
Street

**SKOKIE, IL 60077**
City, State, ZIP

Seller's Certification Date **September 26, 2022**

---

To be completed by the buyer

Buyer's Signature **Mary L. Young**

Buyer's Printed Name **Mary A. Young**

Buyer's Address **6124 246TH AVE**
Street

**SALEM, WI 53168**
City, State, ZIP

Buyer's Acknowledgment Date **September 26, 2022**

Printed by authority of the State of Illinois. February 2016 — 1 — VSD 333.4

Ex. B

# CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 5GAKVBED3BJ300549 | 2011 | BUICK | ENCLAVE | UTILITY | 21155694057 |

5GAKVBED3BJ300549

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 06/04/21 | 142550 / 142550 | | | 02/13/21 USED | ORIGINAL |

LEGEND(S): NOT ACTUAL MILEAGE

**MAILING ADDRESS**
REGINALD D ROGERS
5338 W GLADYS AVE APT 1
CHICAGO IL 60644-4709

**OWNER(S) NAME AND ADDRESS**
REGINALD D ROGERS
5338 W GLADYS AVE APT 1
CHICAGO IL 60644-4709

**FIRST LIENHOLDER NAME AND ADDRESS**

**SECOND LIENHOLDER NAME AND ADDRESS**

**RELEASE OF LIEN**
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

By _____ Firm Name _____ Signature of Authorized Agent _____ Date _____
By _____ Firm Name _____ Signature of Authorized Agent _____ Date _____

**NEW LIEN ASSIGNMENT:** The information below must be on an application for title and presented to the Secretary of State.
Secured Party: _____ Address: _____

▶ Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF TITLE**
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:
Carmax 18800 S Oak Park Av Tinley Park IL 60477

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☒ 2. The odometer reading is not the actual mileage. WARNING-ODOMETER DISCREPANCY.

▶ 128519 ODOMETER READING  NO TENTHS

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application."

Signature(s) of Seller(s) _____
Printed Name(s) of Seller(s) Reginald D Rogers
I am aware of the above odometer certification made by seller.
Signature(s) of Buyer(s) B. Smith
Printed Name B. Smith Agt
DATE OF SALE 5-28-22

I Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any
IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO. R7461509

*Jesse White*
JESSE WHITE, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

## FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

**Name of Purchaser:** Alan Motorsports
**Street:** 5050 Dempster Street
**City:** Skokie
**State:** IL
**Zip:** 60077

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

**ODOMETER READING:** 128579 NO TENTHS
☐ 1. The mileage stated is in excess of its mechanical limits.
☒ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**Date of Sale:** 1/7/22
**Dealer's Name:** Carmax
**Dealer No.:** 1118

**Agent's Signature:** [signed] Pvalen Agt.
**Printed Name:** Pvalencia Agent

I am aware of the above odometer certification made by the seller/agent.

**Signature of Buyer/Agent:** [signed] (Agent)
**Printed Name:** Mohammad Asad (Agent)

## SECOND REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

**Name of Purchaser:** Mary Young
**Street:** 6124 246th Ave
**City:** Salem
**State:** WI
**Zip:** 53168

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

**ODOMETER READING:** 128569 NO TENTHS
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**Date of Sale:** 09/26/22
**Dealer's Name:** Alan Motorsports
**Dealer No.:** DL5615

**Agent's Signature:** [signed] (Agent)
**Printed Name:** Mohammad Asad (Agent)

I am aware of the above odometer certification made by the seller/agent.

**Signature of Buyer/Agent:**
**Printed Name:**

## THIRD REASSIGNMENT DEALER ONLY

[blank]

## FOURTH REASSIGNMENT DEALER ONLY

[blank]

## LAST REASSIGNMENT DEALER ONLY

[blank — marked "Ex. D"]

VSD.40.25



Ex. E

# BUYERS GUIDE

**IMPORTANT:** Spoken promises are difficult to enforce. Ask the dealer to put all promises in writing. Keep this form.

| BUICK | ENCLAVE | 2011 | 5GAKVBED3BJ300549 |
|---|---|---|---|
| VEHICLE MAKE | MODEL | YEAR | VEHICLE IDENTIFICATION NUMBER (VIN) |

**WARRANTIES FOR THIS VEHICLE:**

[X] **IMPLIED WARRANTIES ONLY**
The dealer doesn't make any promises to fix things that need repair when you buy the vehicle or afterward. But *implied warranties* under your state's laws may give you some rights to have the dealer take care of serious problems that were not apparent when you bought the vehicle.

[ ] **DEALER WARRANTY**

[ ] FULL WARRANTY.

[ ] LIMITED WARRANTY. The dealer will pay ___% of the labor and ___% of the parts for the covered systems that fail during the warranty period. Ask the dealer for a copy of the warranty, and for any documents that explain warranty coverage, exclusions, and the dealer's repair obligations. *Implied warranties* under your state's laws may give you additional rights.

**SYSTEMS COVERED:**      **DURATION:**

**NON-DEALER WARRANTIES FOR THIS VEHICLE:**

[ ] MANUFACTURER'S WARRANTY STILL APPLIES. The manufacturer's original warranty has not expired on some components of the vehicle.

[ ] MANUFACTURER'S USED VEHICLE WARRANTY APPLIES.

[ ] OTHER USED VEHICLE WARRANTY APPLIES.

Ask the dealer for a copy of the warranty document and an explanation of warranty coverage, exclusions, and repair obligations.

[ ] SERVICE CONTRACT. A service contract on this vehicle is available for an extra charge. Ask for details about coverage, deductible, price, and exclusions. If you buy a service contract within 90 days of your purchase of this vehicle, *implied warranties* under your state's laws may give you additional rights.

**ASK THE DEALER IF YOUR MECHANIC CAN INSPECT THE VEHICLE ON OR OFF THE LOT.**

**OBTAIN A VEHICLE HISTORY REPORT AND CHECK FOR OPEN SAFETY RECALLS.** For information on how to obtain a vehicle history report, visit ftc.gov/usedcars. To check for open safety recalls, visit safercar.gov. You will need the vehicle identification number (VIN) shown above to make the best use of the resources on these sites.

**SEE OTHER SIDE** for important additional information, including a list of major defects that may occur in used motor vehicles.

Si el concesionario gestiona la venta en español, pídale una copia de la Guía del Comprador en español.

Ex. F

Here is a list of some major defects that may occur in used vehicles.

**Frame & Body**
 Frame-cracks, corrective welds, or rusted through
 Dog tracks—bent or twisted frame

**Engine**
 Oil leakage, excluding normal seepage
 Cracked block or head
 Belts missing or inoperable
 Knocks or misses related to camshaft lifters and push rods
 Abnormal exhaust discharge

**Transmission & Drive Shaft**
 Improper fluid level or leakage, excluding normal seepage
 Cracked or damaged case which is visible
 Abnormal noise or vibration caused by faulty transmission or drive shaft
 Improper shifting or functioning in any gear
 Manual clutch slips or chatters

**Differential**
 Improper fluid level or leakage, excluding normal seepage
 Cracked or damaged housing which is visible
 Abnormal noise or vibration caused by faulty differential

**Cooling System**
 Leakage including radiator
 Improperly functioning water pump

**Electrical System**
 Battery leakage
 Improperly functioning alternator, generator, battery, or starter

**Fuel System**
 Visible leakage

**Inoperable Accessories**
 Gauges or warning devices
 Air conditioner
 Heater & Defroster

**Brake System**
 Failure warning light broken
 Pedal not firm under pressure (DOT spec.)
 Not enough pedal reserve (DOT spec.)
 Does not stop vehicle in straight line (DOT spec.)
 Hoses damaged
 Drum or rotor too thin (Mfgr Specs)
 Lining or pad thickness less than 1/32 inch
 Power unit not operating or leaking
 Structural or mechanical parts damaged

**Air Bags**

**Steering System**
 Too much free play at steering wheel (DOT specs.)
 Free play in linkage more than ¼ inch
 Steering gear binds or jams
 Front wheels aligned improperly (DOT specs.)
 Power unit belts cracked or slipping
 Power unit fluid level improper

**Suspension System**
 Ball joint seals damaged
 Structural parts bent or damaged
 Stabilizer bar disconnected
 Spring broken
 Shock absorber mounting loose
 Rubber bushings damaged or missing
 Radius rod damaged or missing
 Shock absorber leaking or functioning improperly

**Tires**
 Tread depth less than 2/32 inch
 Sizes mismatched
 Visible damage

**Wheels**
 Visible cracks, damage or repairs
 Mounting bolts loose or missing

**Exhaust System**
 Leakage
 Catalytic Converter

---

DEALER NAME
**KLEAN MOTORSPORTS LLC**
ADDRESS
**5050 DEMPSTER ST; SKOKIE, IL 60077**
TELEPHONE                    EMAIL
**847-282-0181**
FOR COMPLAINTS AFTER SALE, CONTACT:
Add name here: M-1-9

> I hereby acknowledge receipt of the Buyers Guide at the closing of this sale.
>
> *Mary S. Young*          9-26-22
> Signature                Date

**IMPORTANT:** The information on this form is part of any contract to buy this vehicle. Removing this label before consumer purchase (except for purpose of test-driving) violates federal law (16 C.F.R. 455).



5050 Dempster St Skokie IL 60077
LPC POLICY
Attention Customer:
Klean Motorsports LLC sells all cars in
**AS-IS**
**CONDITION**

Sign here only if you have been informed that this vehicle is sold in **AS-IS CONDITION** meaning it may currently, or in the future, have issues or problems with any and all internal and external parts or as a whole.

Including but not limited to:
1. Engine Block
2. All Internal Engine Parts
3. Oil Pan and Gaskets
4. Water Pump
5. Intake Manifold
6. Transmission and Transmission Components
7. Drive Shaft
8. Universal Joints
9. Rear Axle and Rear Axle Internal Parts
10. Check Engine Lights and Any Lights that are on, or may come on.
11. Brakes
12. Tires
13. Various cosmetic issues
14. Structural and Frame Damage
15. Odometer Indiscrepancies

_/_____/____

x*Mary L. Young*     x_____
      Buyer                          Klean Motorsports Agent

Please note that all cars sold from Klean Motorsports LLC are **FINAL SALE.**
No Returns, Exchanges or any Warranties included. We may offer an extended Warranty as a purchasable service. Please ask for details. If Klean motorsports has decided to take back your vehicle you will be subject to a $1899 restocking fee. **NO EXCEPTIONS**

**WE KNOW YOU HAVE A LOT OF CHOICES WHEN IT COMES TO BUYING A USED CAR**
**THANK YOU FOR CHOOSING KLEAN MOTORSPORTS LLC**

Ex. 6